UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VANNY TEANG, | |
| Plaintiff, | Case No. C09-0015-RAJ |
| v. | **ORDER REMANDING CASE** |
| MICHAEL ASTRUE, Commissioner of the Social Security Administration, | |
| Defendant. | |

The Court, after careful consideration of the plaintiff's complaint, the parties' briefs, all papers and exhibits filed in support and opposition thereto, the Report and Recommendation (Dkt. # 15) of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) The final decision of the Commissioner is REVERSED and this case is REMANDED to the Social Security Administration for further proceedings consistent with the Report and Recommendation.

The Clerk is directed to send copies of this Order to the parties and Magistrate Judge Tsuchida.

DATED this 12th day of August, 2009.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER REMANDING CASE – 1